STATE v. BAKER, *Appellant.*

Division Two, February 16, 1897.

No Bill of Exceptions: JUDGMENT. When defendant files no bill of exceptions in this court, and no error appears in the record, the judgment of the circuit court will be affirmed.

*Appeal from Newton Circuit Court.*—HON. J. C. LAMSON, Judge.

AFFIRMED.

*Brunk & Dabbs* for appellant.

*E. C. Crow*, attorney-general, for the state.

GANTT, P. J.—This is an appeal from a judgment and sentence on an indictment for arson in the third degree. The defendant has filed no bill of exceptions and is not represented in this court by counsel. No error appears in the record certified and the sentence is accordingly affirmed. SHERWOOD and BURGESS, JJ., concur.